FILED
DISTRICT COURT OF GUAM
FEB 17 2006
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> RICHARD SANCHEZ CORBILLA ) <br> Defendant. ) <br> _____) | CRIMINAL CASE NO. 99-00102-001 <br><br> **REQUEST TO TRAVEL** |

    Richard Sanchez Corbilla was sentenced in the U.S. District Court of Guam on January 15, 2001 for Conspiracy to Import Crystal Methamphetamine, in violation of 21 U.S.C. §§952(a), 960, and 963. He was ordered to serve 57 months prison followed by five years supervised release with conditions that he participate in a substance abuse treatment and testing; refrain from the use of any and all alcoholic beverages; perform 400 hours of community service; and pay a $100 special assessment fee. On July 25, 2005, Mr. Corbilla returned from federal custody and began his five year term of supervised release.

    On February 5, 2006, Mr. Corbilla submitted a travel request for a two-month trip to Honolulu, Hawaii, in order to accompany his 13 year old son, Richard Jiovanni D. Corbilla, who is scheduled to receive orthopedic surgery at the Shriner's Hospital. Mr. Corbilla's son was born with cerebral palsy and has received periodic medical treatment from the Shriner's Hospital since 1997. Medical referral documents were submitted to the probation office verifying that the surgery is scheduled for March 6, 2006 and that the estimated length of stay is 60 days. Mr. Corbilla's requested travel dates are from March 6, 2006 to May 6, 2006. For a two-month period during pretrial release in the instant offense, Mr. Corbilla was granted approval by the Court to travel to Honolulu, Hawaii, relative to a previous medical treatment procedure for his son. Mr. Corbilla returned to Guam without incident and in full compliance of his pretrial release conditions.

    To date, Mr. Corbilla's adjustment under supervision has been excellent. He completed the drug treatment and testing program on December 1, 2005, and paid the $100 special assessment fee on April 18, 2003. Mr. Corbilla has completed 145 of the 400 hours of community service ordered. He has submitted all monthly supervision reports as required, and has maintained his job as an electrician with GMS International since July 2005.

Travel Request Information
Re: CORBILLA, Richard Sanchez
USDC Cr. Cs. No. 99-00102-001
February 17, 2006
Page 2


District policy requires that any travel beyond thirty days must be authorized by the Court. In light of Mr. Corbilla's present compliance status with his supervision conditions, as well as the aforementioned medical nature of his travel request, this Officer supports the travel and seeks Court approval.

                              Respectfully Submitted,

                              FRANK MICHAEL CRUZ
                              Chief U. S. Probation Officer

By:                         
                              ROBERT I. CARREON
                              U. S. Probation Officer

Reviewed by:


ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc:     File