| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910 |
|---|---|---|

**ORIGINAL**

Richard Sanchez Corbilla
USDC Cr.Cs.#99-00102-001
SSN: XX-XXX-9734
DOB: XX-XX-1967
HT: 5'9" / WT: 260 lbs.



DATE  February 17, 2006

**FILED**
DISTRICT COURT OF GUAM
FEB 17 2006
MARY L.M. MORAN
CLERK OF COURT

YOU ARE AUTHORIZED TO TRAVEL TO   Oahu, Hawaii

LEAVING   March 6, 2006   AND RETURNING   May 6, 2006

*WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.*

**PURPOSE OF THIS TRIP:**

1. Mr. Corbilla is authorized travel as outlined above to accompany his son scheduled to receive orthopedic surgery for his son.

**SPECIAL INSTRUCTIONS:**   (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. Report as instructed to the
   U.S. Probation Office, District of Hawaii:
   United States District Court
   C110 Prince Kuhio Federal Bldg
   300 Ala Moana Boulevard
   Honolulu, HI 96850-0001
   tel: (808)-541-1283   Fax:  808-541-1345



**RECEIVED**
FEB 17 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

2. Upon your arrival on Guam and on the first working day available, report in person to the U.S. District Court of Guam to check-in with the U.S. Probation Office.

3. Immediately report any change in your travel plans to the U.S. Probation Office.

COPY MAILED TO CHIEF PROBATION OFFICER IN
DISTRICT OF DESTINATION:

Robert I. Carreon
UNITED STATES PROBATION OFFICER

NAME:   Richard W. Crawford, CUSPO
ADDRESS:   C110 Prince Kuhio Federal Bldg
   300 Ala Moana Boulevard
   Honolulu, HI 96850-0001

[X] Approved   [ ] Disapproved

Joaquin V.E. Manibusan, Jr.
U.S. District Court Magistrate Judge