| PROB 35 (3/07) | **Report and Order Terminating Supervised Release<br>Prior to Original Expiration Date** |
|---|---|

# United States District Court

FOR THE

*District of Guam*

UNITED STATES OF AMERICA

   v.         CRIMINAL CASE NO.  99-00102-001

  RICHARD SANCHEZ CORBILLA

   On July 25, 2005, Richard Sanchez Corbilla was placed on supervised release for five years. He has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Mr. Corbilla be discharged from supervision.

                   Respectfully submitted,

                   ROSSANNA VILLAGOMEZ-AGUON
                   Chief U.S. Probation Officer

             By:  /s/ MARIA C. CRUZ
                   U.S. Probation Officer

Reviewed by:

 /s/ GRACE D. FLORES
U.S. Probation Officer
Acting Supervision Unit Leader

cc: AUSA
   Defense Counsel
   File

### ORDER OF COURT

   Pursuant to the above report, it is ordered that the supervised releasee be discharged and that the proceedings in the case be terminated.

IN THE UNITED STATES DISTRICT COURT
FOR THE
TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 99-00102-001 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **SPECIAL REPORT** |
| vs. | ) | |
| | ) | |
| RICHARD SANCHEZ CORBILLA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Re:  Request for Early Termination from Supervised Release**

On January 15, 2002, Richard Sanchez Corbilla was sentenced in the U.S. District Court of Guam by the Honorable John S. Unpingco for Importation of a Controlled Substance, in violation of 21 U.S.C. § 952. He was sentenced to 57 months imprisonment followed by 60 months of supervised release with conditions that he comply with the mandatory and standard conditions of supervised release; abstain from the use of any and all alcohol beverages; perform 400 hours of community service; participate in a drug treatment program and testing; obtain and maintain gainful employment; and pay a $100 special assessment fee. Supervised release began on July 25, 2005 and is scheduled to terminate on July 24, 2010.

On August 3, 2007, Mr. Corbilla made a request to the U.S. Probation Office for early termination from supervision, pursuant to 18 U.S.C. § 3583(e)(1). Mr. Corbilla's adjustment under supervision has been excellent. He paid the $100 special assessment fee on April 18, 2003, submitted to mandatory DNA collection on September 15, 2005, completed the drug treatment and testing program on December 1, 2005, and completed 400 hours of community service on January 5, 2008. He has maintained gainful employment, submitted all monthly supervision reports timely, and has tested negative at all random drug and alcohol tests.

SPECIAL REPORT
Request for Early Termination from Supervised Release
Re: CORBILLA, Richard Sanchez
Criminal Case No. 99-00102-001
January 15, 2008
Page 2

      In light of the above information, this Officer respectfully requests early termination by the court, pursuant to 18 U.S.C. § 3583(e)(1), as such action is warranted by Mr. Corbilla's full compliance with his conditions of supervised release and is in the interest of justice.

      RESPECTFULLY submitted this 15th day of January 2008.

      ROSSANNA VILLAGOMEZ-AGUON
      Chief U.S. Probation Officer

By:  /s/ MARIA C. CRUZ
      U.S. Probation Officer

Reviewed by:

/s/ GRACE D. FLORES
U.S. Probation Officer
  Acting Supervision Unit Leader

cc: AUSA
    Defense Counsel
    File