| PROB 35 (3/07) | **Report and Order Terminating Supervised Release** <br> **Prior to Original Expiration Date** |
|---|---|

# United States District Court

FOR THE

*District of Guam*

UNITED STATES OF AMERICA

      v.                        CRIMINAL CASE NO.   99-00102-001

RICHARD SANCHEZ CORBILLA

      On July 25, 2005, Richard Sanchez Corbilla was placed on supervised release for five years. He has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Mr. Corbilla be discharged from supervision.

                                              Respectfully submitted,

                                              ROSSANNA VILLAGOMEZ-AGUON
                                              Chief U.S. Probation Officer

By:  /s/ MARIA C. CRUZ
                                              U.S. Probation Officer

Reviewed by:

 /s/ GRACE D. FLORES
U.S. Probation Officer
Acting Supervision Unit Leader

cc:   AUSA
       Defense Counsel
       File

### ORDER OF COURT

      Pursuant to the above report, it is ordered that the supervised releasee be discharged and that the proceedings in the case be terminated.

                                              /s/ Frances M. Tydingco-Gatewood
                                                   **Chief Judge**
                                               **Dated: Feb 15, 2008**