# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 99-00102-001 |
| Plaintiff, ) | |
| vs. ) | **REQUEST TO TRAVEL** |
| RICHARD SANCHEZ CORBILLA, ) | |
| Defendant. ) | |

      On January 15, 2002, Richard Sanchez Corbilla was sentenced in the U.S. District Court of Guam by the Honorable John S. Unpingco for Importation of a Controlled Substance, in violation of 21 U.S.C. § 952. He was sentenced to 57 months imprisonment followed by 60 months of supervised release with conditions that he comply with the mandatory and standard conditions of supervised release; abstain from the use of any and all alcohol beverages; perform 400 hours of community service; participate in a drug treatment program and testing; obtain and maintain gainful employment; and pay a $100 special assessment fee. Mr. Corbilla's term of supervised release commenced on July 25, 2005.

      On February 12, 2008, Mr. Corbilla, who is an electrician by trade, submitted his request to travel to Saipan, Commonwealth of the Northern Mariana Islands, to perform volunteer work with his church, The New Covenant Life Church. He would like to travel beginning February 22, 2008 with a return to Guam on February 25, 2008.

      While on supervised release, Mr. Corbilla's adjustment has been excellent and he has completed all the conditions imposed on him. Based on his compliance, this Probation Officer seeks the Court's approval to allow Mr. Corbilla to travel.

      Respectfully submitted,

      ROSSANNA VILLAGOMEZ-AGUON
      Chief U.S. Probation Officer

By:  /s/ MARIA C. CRUZ
      U.S. Probation Officer

Reviewed by:

 /s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
Supervision Unit Leader

cc:    File

| PROB 37 (3/07) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor U.S. Courthouse<br>520 West Soledad Avenue<br>Hagåtña, Guam 96910<br>Tel: (671) 473-9201<br>Fax: (671) 473-9202 |
|---|---|---|

**Richard Sanchez Corbilla**
Criminal Case #CR99-00102-001
SSN: XX-XXX-9734
DOB: XX-XX-1967
HT: 5'10" / WT: 240 lbs.



DATE **February 15, 2008**

YOU ARE AUTHORIZED TO TRAVEL TO: **Saipan, Commonwealth of the Northern Mariana Islands**

FROM **February 22, 2008** AND RETURNING **February 25, 2008**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

**To perform volunteer work at the New Covenant Life Church in Saipan.**

SPECIAL INSTRUCTIONS: (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. **Immediately report any change in your travel plans to the U.S. Probation Office.**

2. **Report to the U.S. Probation Office within 24 hours after your arrival on Guam.**

COPY MAILED TO CHIEF PROBATION OFFICER IN DISTRICT OF DESTINATION:

NAME:
ADDRESS:

/s/ MARIA C. CRUZ
UNITED STATES PROBATION OFFICER

☐ **Approved**   ☐ **Disapproved**